| Abraham Fruchter & Twersky LLP | One Penn Plaza<br>Suite 2805<br>New York, NY 10119 | Tel: 212.279.5050<br>Fax: 212.279.3655<br>www.aftlaw.com |
|---|---|---|

April 5, 2010

By ECF
Honorable Nicholas G. Garaufis
United States District Judge
United Sates District Courthouse
225 Cadman Plaza
Brooklyn, NY 11201

    Re: <u>Levy v. Koren, et al. No. 10-CV-1478</u>

Dear Judge Garaufis:

  We represent plaintiff Mark Levy in the above-referenced action (the "16(b) Action") and write to follow up on the April 1, 2010 letter from Donald Corbett (Dickstein Shapiro LLP) regarding the proposed settlement of the Comverse derivative action. As stated in that letter, the 16(b) Action has been settled as well. On behalf of all parties to the 16(b) Action, we request that the Court preliminarily approve the settlement of the 16(b) Action and that the final hearing on whether the settlement should be approved be consolidated with the hearing in the derivative action.

  The 16(b) Action was transferred to Your Honor on Friday, April 2nd from the United States District Court for the Southern District of New York so that it can be coordinated, solely for settlement purposes, with the related shareholder derivative action, *In re Comverse Technology, Inc. Derivative Litigation*, No. 06-CV 1849. Enclosed for Your Honor's consideration is a Stipulation of Settlement signed by the parties in the 16(b) Action, a proposed order preliminarily approving the settlement, and a final order and judgment. The Notice of Pendency and Summary Notice of the settlement were submitted to Your Honor by Dickstein Shapiro on Thursday, April 1st.

Counsel are available to answer any questions that Your Honor may have.

Respectfully submitted,

/s/
Mitchell M. Z. Twersky, Esq.
*Counsel for Plaintiff Mark Levy*

Cc: Donald Corbett, Esq.
Miranda S. Schiller, Esq.
*Counsel for Comverse Technology, Inc.*

Seth T. Taube, Esq.
*Counsel for Defendant Yaacov Koren*

Encs.